IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLIANCE LIFE SCIENCES CONSULTING GROUP, INC., *Plaintiff,* | : : : : | |
| v. | : : | CIVIL ACTION NO. 17-0864 |
| LASZLO FABRICZI, et al., *Defendants.* | : : : | |

**FILED SEP 21 2017**
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 20th day of September, 2017, upon consideration of the Report and Recommendation, filed by the Honorable Lynne A. Sitarski, U.S. Magistrate Judge (ECF. No. 53), and the fact that no objections thereto have been filed in accordance with Local Rule 72.1 IV(b), it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**; and
2. Plaintiff's Motion for a Preliminary Injunction (ECF No. 6) is **DENIED**.

BY THE COURT:

_____
C. Darnell Jones, II  J.